THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-41-JCC |
| Plaintiff, | ORDER |
| v. | |
| GEORGE VERKLER, | |
| Defendant. | |

This matter comes before the Court on Defendant George Verkler's motion to compel (Dkt. No. 90) and motion for mandamus (Dkt. No. 89). This order addresses both motions.

In a response to Verkler's motion to compel, the Federal Public Defender indicates that it was recently made aware of the Court's July 2017 order and has since complied. (Dkt. No. 93.) Defendant's motion to compel (Dkt. No. 90) is therefore DENIED as moot.

Because this Court no longer otherwise retains jurisdiction over this case (*see* Dkt. Nos. 49 at 1–2, 88 at 2), the Court STRIKES Verkler's motion for mandamus (Dkt. No. 89). Verkler may renew his request in any § 2255 petition he should chose to bring, or may request assistance from the Clerk of Court for the Ninth Circuit Court of Appeals.

//

//

//

1       DATED this 3rd day of November 2017.

                                            John C. Coughenour
                                            UNITED STATES DISTRICT JUDGE

ORDER
C15-0041-JCC
PAGE - 2