THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. C15-0041-JCC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| GEORGE VERKLER, | |
| Defendant. | |

This matter comes before the Court on Defendant George Verkler's motion to find Federal Public Defenders Russell Leonard and Michael Filipovic in contempt of court (Dkt. No. 97). Having thoroughly considered the relevant record, the Court hereby DENIES the motion.

This is Mr. Verkler's second motion to hold Federal Public Defender Leonard in contempt for failing to provide him with his casefile in compliance with this Court's July 6, 2017 order. (*See* Dkt. Nos. 88, 90.) The Court denied Mr. Verkler's first motion as moot because Federal Public Defender Michael Filipovic indicated that the Federal Public Defender's Office had recently been made aware of the Court's order and had since complied. (Dkt. No. 95.) Mr. Verkler now claims he did not receive all of the materials in his casefile. (Dkt. No. 97 at 1.) Mr. Filipovic responds that he sent a portion of the casefile to Mr. Verkler's counselor because he was unsure about Mr. Verkler's ability to have discs in his unit. (Dkt. Nos. 93 at 2, 98-1 at 2.) Mr. Filipovic also indicates that he is willing to work with Mr. Verkler to ensure he receives his

1 complete file. (Dkt. No. 98-1 at 3.)

2 The Court finds that the Federal Public Defender's Office has complied with its prior order. (*See* Dkt. No. 88.) The Court instructs Mr. Verkler to contact Mr. Filipovic for assistance accessing any remaining portions of his casefile.

For the foregoing reasons, Defendant's motion to hold Russell Leonard and Michael Filipovic in contempt of court (Dkt. No. 97) is DENIED.

DATED this 27th day of December 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE