UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0041-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GEORGE EARL VERKLER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court Defendant George Verkler's motion to find Russell Leonard and Michael Filipovic in contempt of court (Dkt. No. 108) and motion for a writ of mandamus to the U.S. Attorney's Office (Dkt. No. 111). Mr. Verkler seeks "discovery disks" related to the above-captioned matter and copies of exhibits from his *pro se* appeal in this matter (Dkt. No. 61).

Mr. Verkler has not satisfied his burden of showing that his right to the issuance of a writ is clear and undisputable. *Cheney v. U.S. Dist. Court for Dist. Of Columbia*, 542 U.S. 367, 381 (2004). Further, the Court is not satisfied that under the circumstances, the extraordinary remedy of a writ is appropriate. *Id.*; 28 U.S.C. § 1651(a) (the Court may issue writs "necessary or appropriate" to aid in their jurisdiction and "agreeable to the usages and principles of law"). The

Court thus DENIES Mr. Verkler's motion for a writ of mandamus (Dkt. No. 111).

As to Mr. Verkler's motion to find Mr. Filipovic and Mr. Leonard in contempt of court, this is his third motion seeking the aforementioned discovery disks. (*See* Dkt. No. 101.) The Federal Public Defender's Office has indicated willingness to work with Mr. Verkler to provide him his casefile, and Defendant states he has received one of three disks he seeks. (Dkt. Nos. 98 at 1, 108 at 1.) The Court ORDERS Mr. Filipovic or Mr. Leonard to provide the Court with a report on efforts the Federal Public Defender's Office has made to supply Mr. Verkler with a copy of the disks, and any other case materials he requests, or to show cause why they cannot provide the requested materials. This report shall be filed with the Court no later than **14 days** from the issuance of this order.

The Clerk is DIRECTED to mail a copy of this order to Mr. Verkler. The Clerk is also DIRECTED to mail a copy of this order and Docket Number 108 to Russell Leonard at the Federal Public Defender's Office.

DATED this 6th day of April 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk