# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0041-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GEORGE VERKLER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Mr. Verkler's motion to find Russell Leonard and Michael Filipovic in contempt of court (Dkt. No. 108). Mr. Verkler complains that the Federal Public Defender's Office ("Public Defender's Office") has not complied with the Court's order to provide him with his case file. (Dkt. No. 88 at 3.) The Public Defender's Office provided a report on efforts it has made to provide Mr. Verkler with requested case materials. (Dkt. No. 114.) The Court finds that the Public Defender's Office has complied with this Court's order in Russell Leonard's stead. Therefore, Mr. Verkler's motion (Dkt. No. 108) is DENIED.

The Court DIRECTS Mr. Verkler to raise any future issues regarding his case file directly with the Public Defender's Office.

//

DATED this 16th day of April 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk