THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0041-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GEORGE VERKLER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to dismiss his counsel Stephan R. Illa as ineffective and for appointment of replacement counsel (Dkt. No. 135). On June 2, 2020, the Honorable Michelle L. Peterson, United States Magistrate Judge, granted Mr. Illa leave to withdraw and ordered that new counsel shall be appointed to represent Defendant. (*See generally* Dkt. No. 142.) Defendant's motion to dismiss counsel and to appoint replacement counsel (Dkt. No. 135) is DENIED as moot.

DATED this 3rd day of June 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk