THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0041-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GEORGE VERKLER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's objections (Dkt. No. 136) to the Court's order denying Defendant's motion for early termination of supervised release (Dkt. No. 134). Defendant filed his objections on April 22, 2020, (*see* Dkt. No. 136 at 1), and filed a notice of appeal of the Court's order denying his motion for early termination of supervised release on May 1, 2020, (*see* Dkt. No. 138).

Defendant's filing of the notice of appeal divested the Court of jurisdiction over the issues involved in his appeal. *See* Fed. R. App. P. 4(b); *Griggs v. Provident Consumer Discount Co.,* 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."). Because the Court is without

jurisdiction to address the issues raised in the motion, Defendant's objections (Dkt. No. 136) are DENIED.

DATED this 24th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
