THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE VERKLER,<br><br>Defendant. | CASE NO. CR15-0041-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's counsel's motion to withdraw (Dkt. No. 173). This case is no longer ongoing and, therefore, Mr. Coe's representation has concluded. (*See* Dkt. No. 168.) Accordingly, the motion is GRANTED. No further filings will be accepted in this criminal matter. The Clerk is respectfully DIRECTED to return any future submissions.

DATED this 26th day of April 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1